**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: I.M.R., AN ALLEGED : No. 114 MM 2023
INCAPACITATED PERSON :
:
:
:
PETITION OF: WILLIAM CARDWELL :

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 24th day of January, 2024, the Application for Exercise of Extraordinary Jurisdiction is DENIED.